PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Farah Al-Ibrahim

Cr.: 19-00140-001
PACTS #: 5660043

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/25/2021

Original Offense:    Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 3 years probation

Special Conditions: $75,193.55 in Restitution, Financial Disclosure, and New Debt Restrictions

Type of Supervision: Probation                    Date Supervision Commenced: 01/25/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |
| 2 | The individual under supervision has violated the special condition which states, **"You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court."** On December 22, 2023, our office conducted an Equifax credit inquiry, and it revealed Ms. Al-Ibrahim opened numerous credit accounts without the approval of the U.S. Probation Office. |

**U.S. Probation Officer Action:**

Throughout her term of supervised release, Farah Al-Ibrahim did not comply with the new debt restrictions special condition. On December 22, 2023, our office conducted an Equifax credit inquiry, and it revealed she opened numerous credit accounts without the permission of the U.S. Probation Office. Ms. Al-Ibrahim explained they lived off credit cards during the pandemic and the business with her husband was hit hard. She renewed her car lease with Bridgecrest which has a balance of $30,466. Additionally, she opened an Finwise unsecured account which has a balance of $26,483. She also disputes one of the significant accounts opened with a balance of $9,514 which was a debt buyer account that originated from Webbank. She reportedly never opened an account with them and sent a dispute to Passaic County. She has complied with all other standard and special conditions.

Prob 12A – page 2
Farah Al-Ibrahim

On November 15, 2022, Your Honor signed a Request for Modifying the Conditions or Term of Supervision (PROB 12B) modifying the payment schedule from no less than $250 a month to no less than $100 a month. The modification was due to a financial investigation that was completed which determined the original payment schedule would cause the individual under supervision undue financial hardship.

Ms. Al-Ibrahim has paid $4,900.00 towards her restitution as of this date. Her term of supervision is due to expire on January 24, 2024, with an outstanding restitution balance of $59,483.70. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

This Office recommends no formal Court action and the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By:   PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/bgm

PREPARED BY:

12/22/23
BRENDAN G. MURILLO                Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action and Allow Supervision to Expire as Scheduled on January 24, 2024 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

December 27, 2023
Date